

# Fourth Court of Appeals
## San Antonio, Texas

November 25, 2014

No. 04-14-00668-CV

**WEST 17TH RESOURCES, LLC**, Pamela Mika Wolf, and Thomas Mika,
Appellant

v.

Lucian A. **PAWELEK** and Carleen J. Pawelek,
Appellees

From the 81st Judicial District Court, Karnes County, Texas
Trial Court No. 13-04-00087-CVK
Honorable Donna S. Rayes, Judge Presiding

# O R D E R

    Appellants' unopposed motion for extension of time to file brief is hereby GRANTED. Appellants brief is due on or before January 26, 2015.

_____
Marialyn Barnard, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of November, 2014.

_____
Keith E. Hottle
Clerk of Court